

# NUMBER 13-23-00039-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

PATRICIA A. FLORES, INDIVIDUALLY
AND AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF LM NEWBERRY, AND
PATRICIA A. FLORES, LLC,                                        Appellants,

v.

CARING SENIOR SERVICE USA, LIMITED,                    Appellee.

---

On appeal from the 357th District Court
of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Chief Justice Contreras**

This matter is before the court on its own motion. On January 30, 2023, the Clerk

of the Court notified appellants that it appeared the appeal had not been timely perfected.

The Clerk of the Court further instructed appellants that if the defect was not corrected within ten days, the appeal would be dismissed. TEX. R. APP. P. 42.3(b), (c).

Appellants have failed to correct the defect in their notice of appeal and have otherwise not responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
20th day of April, 2023.